# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| EVERGREEN MONEYSOURCE MORTGAGE COMPANY,<br><br>                  Plaintiff,<br><br>  v.<br><br>CENLAR AGENCY INC.,<br><br>                  Defendant. | C20-1532 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff's Stipulated Motion for Withdrawals and Substitutions of Attorneys, docket no. 10, is GRANTED. Hecker Wakefield Feilberg, P.S. and James Pleasants, P.C. are granted leave to withdraw, effective immediately.

(2) Jordan M. Hecker of De Vrieze | Carney and John T. Yip of First Avenue Law Group PLLC are substituted as counsel of record for Plaintiff. The Clerk shall update the docket accordingly.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 12th day of January, 2021.

                                            William M. McCool
                                            Clerk

                                            s/Gail Glass
                                            Deputy Clerk

MINUTE ORDER - 1